848 A.2d 923

**Carlton F. ANDERSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 26, 2004.

## ORDER

PER CURIAM:

**AND NOW,** this 26th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed.

848 A.2d 924

**Abraham G. WEEKS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 1, 2004.

## ORDER

PER CURIAM:

**AND NOW,** this 1st day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.